UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **EDOSA ADDLEY FESTUS OGBEBOR** | **CASE NO. 6:24-CV-00313 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **KENNETH HARDY, ET AL** | **MAGISTRATE JUDGE WHITEHURST** |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge [Doc. No. 2] previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the Objection [Doc. No. 3] filed by Plaintiff Edosa Addley Festus Ogbebor ("Plaintiff") to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Complaint [Doc. No. 1] is **DISMISSED WITH PREJUDICE** for failing to state a claim for which relief can be granted.

THUS DONE AND SIGNED in chambers this 22nd day of May, 2024.

.

Terry A. Doughty
United States District Judge