UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**EDOSA ADDLEY FESTUS OGBEBOR** **DOCKET NO. 6:24-cv-00313**

**VERSUS** **JUDGE TERRY A. DOUGHTY**

**KENNETH HARDY, ET AL** **MAGISTRATE JUDGE WHITEHURST**

<u>**JUDGMENT**</u>

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 18), and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the Objection (ECF No 19) to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that all claims against University of Louisiana at Lafayette, University of Louisiana Lafayette Police Department, City of Lafayette Police Department, Public Defenders Office, Chris Richard, 15th Judicial District Court, Don Landry, Lafayette Parish District Attorney's Office, Sheriff's Office Lafayette Parish, Thomas Frederick, A Doguet, Gary Haynes, Emilia Pardo, Austin, Mark Garber, Unknown Supervisory Officers, Unknown Police Chiefs, U.S. Air Force, and Unknown Insurance Companies be **DENIED and DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the following claims be dismissed with prejudice as frivolous, for failure to state a claim on which relief can be granted, and for seeking money damages against a defendant

who is immune from suit: Counts 8, 9, 26, 27, 29, 30, 31, 32, 33, 34, 35, 37, 38, 41, 44, 45, 48, 49, 50, 53, and 57.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Plaintiff's appeal of the Magistrate's Decision (doc. 16) be **DENIED** as **MOOT**.

**THUS DONE AND SIGNED** in chambers this 21st day of July, 2025.

**Terry A. Doughty**
**United States District Judge**