AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Louisiana

Edosa Addley Festus Ogbebor
*Plaintiff(s)*
v.
City of Lafayette, Lafayette Consolidated Government, Kenneth Hardy, Tyler Daigle, Jacob Ortego, Jeff Lavergne, David Latisser, Ernest Payne, Cody Hutchinson, Wayne Whatley
*Defendant(s)*

Civil Action No. 6:24-cv-00313

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Kenneth Hardy
Address unknown - previously employed by:
- University of Louisiana at Lafayette aka University of Louisiana System Board
- Lafayette Police Department

(Personal and employment addresses unavailable - subject to Plaintiff's Omnibus Motion)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edosa Addley Festus Ogbebor
508 Crawford Street
Lafayette, LA 70506

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DANIEL J. McCOY
*CLERK OF COURT*

Date: SEP 18 2025

By: Katie Hart
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Louisiana

Edosa Addley Festus Ogbebor
*Plaintiff(s)*

v.

City of Lafayette, Lafayette Consolidated Government, Kenneth Hardy, Tyler Daigle, Jacob Ortego, Jeff Lavergne, David Latisser, Ernest Payne, Cody Hutchinson, Wayne Whatley
*Defendant(s)*

Civil Action No. 6:24-cv-00313

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Officer Tyler Daigle
c/o Broussard Police Department
5801 Hwy 90 E
Broussard, LA 70518
(Personal address unknown - subject to Plaintiff's Omnibus Motion)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edosa Addley Festus Ogbebor
508 Crawford Street
Lafayette, LA 70506

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DANIEL J. McCOY
*CLERK OF COURT*

Date: SEP 18 2025

By: s/KHaich
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Louisiana

Edosa Addley Festus Ogbebor
*Plaintiff(s)*

v.

City of Lafayette, Lafayette Consolidated Government, Kenneth Hardy, Tyler Daigle, Jacob Ortego, Teff Lavergne, David Latisser, Ernest Payne, Cody Hutchinson, Wayne Whatley
*Defendant(s)*

Civil Action No. 6:24-cv-00313

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Jacob Ortego
c/o Securus Technologies (last known employer, out of state)
5360 Legacy Drive, Plano, TX 75024
(Possible prior residential addresses: 2732 Vidrine Rd, Ville Platte, LA, 70586 - (unverified)
513 Rolling Mill Ln, Youngsville, LA, 70592 - (unverified) All subject to Plaintiff's Omnibus Motion
(Plaintiff notes LinkedIn lists Defendants current location as Oklahoma City, OK - unverified subject to Omnibus Motion

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Edosa Addley Festus Ogbebor
508 Crawford Street
Lafayette, LA 70506

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DANIEL J. McCOY
*CLERK OF COURT*

Date: SEP 18 2025

By: s/ K Haik
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Louisiana

Edosa Addley Festus Ogbeboe
*Plaintiff(s)*

v.

City of Lafayette, Lafayette Consolidated Government, Kenneth Hardy, Tyler Daigle, Jacob Ortego, Jeff Lavergne, David Latisser, Ernest Payne, Cody Hutchinson, Wayne Whatley
*Defendant(s)*

Civil Action No. 6:24-cv-00313

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* David Latisser
c/o Lafayette Police Department
900 E. University Ave
Lafayette, LA 70503
(Personal address unknown - subject to Plaintiff's Omnibus Motion)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edosa Addley Festus Ogbeboe
508 Crawford Street
Lafayette, LA 70506

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DANIEL J. McCOY
*CLERK OF COURT*

Date: SEP 18 2025

By: S/KHaik
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Louisiana

Edosa Addley Festus Ogbebor
*Plaintiff(s)*

v.

City of Lafayette, Lafayette Consolidated Government, Kenneth Hardy, Tyler Daigle, Jacob Ortego, Jeff Lavergne, David Latisser, Ernest Payne, Cody Hutchinson, Wayne Whatley
*Defendant(s)*

Civil Action No. 6:24-cv-00313

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Ernest Payne
c/o Lafayette Police Department (last known employer, terminated 12/10/2022)
900 E. University Ave
Lafayette, LA, 70503
(possible prior residential address: 101 Providence Ct, Lafayette, LA, 70506 - unverified, subject to Plaintiff's Omnibus Motion)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Edosa Addley Festus Ogbebor
508 Crawford Street
Lafayette, LA 70506

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DANIEL J. McCOY
*CLERK OF COURT*

Date: SEP 18 2025

By: s/KHatch
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Louisiana

Edosa Addley Festus Ogbebor
*Plaintiff(s)*

v.

City of Lafayette, Lafayette Consolidated Government, Kenneth Hardy, Tyler Daigle, Jacob Ortego, Jeff Lavergne, David Latisser, Ernesto Payne, Cody Hutchinson, Wayne Whatley
*Defendant(s)*

Civil Action No. 6:24-cv-00313

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Wayne Whatley
c/o Lafayette Police Department
900 E. University Ave.
Lafayette, LA, 70503
(Personal address unknown - subject to Plaintiff's Omnibus Motion)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Edosa Addley Festus Ogbebor
508 Crawford Street
Lafayette, LA 70506

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DANIEL J. McCOY
*CLERK OF COURT*

Date: SEP 18 2025

By: s/KHart
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Louisiana

Edosa Addley Festus Ogbebor
*Plaintiff(s)*

v.

City of Lafayette, Lafayette Consolidated Government, Kenneth Hardy, Tyler Daigle, Jacob Ortego, Jeff Lavergne, David Latiolais, Ernest Payne, Cody Hutchinson, Wayne Whatley
*Defendant(s)*

Civil Action No. 6:24-cv-00313

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Cody Hutchinson
c/o Lafayette Police Department
900 E. University Ave
Lafayette, LA, 70503
(Personal address unknown - subject to Omnibus Motion)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edosa Addley Festus Ogbebor
508 Crawford Street
Lafayette, LA 70506

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DANIEL J. McCOY
*CLERK OF COURT*

Date: SEP 18 2025

By: s/KHart
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Louisiana

Edosa Addley Festus Ogbebor

*Plaintiff(s)*

v.

City of Lafayette, Lafayette Consolidated Government, Kenneth Hardy, Tyler Daigle, Jacob Ortego, Jeff Lavergne, David Latisser, Ernest Payne, Cody Hutchinson, Wayne Whatley

*Defendant(s)*

Civil Action No. 6:24-cv-00313

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Shift Commander Jeff Lavergne
c/o University of Louisiana at Lafayette (last known employer, employment status - unverified)
aka University of Louisiana System Board
104 E University Ave
Lafayette, LA 70504
(Possible prior residential adresses: 108 Coventry St, Lafayette, LA 70506 - unverified, 400 Steeple Chase Dr, Lafayette, LA 70506 - unverified. All subject to Plaintiff's Omnibus Motion)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Edosa Addley Festus Ogbebor
508 Crawford Street
Lafayette, LA 70506

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DANIEL J. McCOY
*CLERK OF COURT*

Date: SEP 18 2025

By: s/KHash

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Louisiana

Edosa Addley Festus Ogbebor
*Plaintiff(s)*

v.

City of Lafayette, Lafayette Consolidated Government, Kenneth Handy, Tyler Daigle, Jacob Ortego, Jeff Lavergne, David Latiolais, Ernest Payne, Cody Hutchinson, Wayne Whatley
*Defendant(s)*

Civil Action No. 6:24-cv-00313

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* City of Lafayette
Office of Mayor-President Monique Blanco Boulet
Lafayette City Hall
705 West University Avenue
Lafayette, LA 70506

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edosa Addley Festus Ogbebor
508 Crawford Street
Lafayette, LA 70506

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DANIEL J. McCOY
*CLERK OF COURT*

Date: SEP 18 2025

By: s/KHarh
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Louisiana

Edosa Addley Festus Ogbebor
*Plaintiff(s)*

v.

City of Lafayette, Lafayette Consolidated Government, Kenneth Hardy, Tyler Daigle, Jacob Ortego, Jeff Lavergne, David Latisser, Ernest Payne, Cody Hutchinson, Wayne Whatley
*Defendant(s)*

Civil Action No. 6:24-cv-00313

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Lafayette Consolidated Government
Office of Mayor-President Monique Blanco Boulet
705 West University Avenue
Lafayette, LA, 70506
Lafayette City Hall

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Edosa Addley Festus Ogbebor
508 Crawford Street
Lafayette, LA, 70506

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DANIEL J. McCOY
*CLERK OF COURT*

Date: SEP 18 2025

By: s/KHall
*Signature of Clerk or Deputy Clerk*